UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARL WARNER,

            Plaintiff,

    v.

RABBI Y. FRIEDMAN, et al.,

            Defendants.

Case No.  16-cv-04345-YGR (PR)

**ORDER OF DISMISSAL**

Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983, in which he seeks enforcement of a settlement agreement reached in his earlier case, Case No. C 11-5039 YGR (PR) (N.D. Cal. filed October 13, 2011).  He also seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915, which will be resolved in a separate written Order.

Plaintiff should not have filed a duplicative complaint in a new action, but, instead, he should have sought enforcement of the settlement agreement in his earlier case.  The Court may dismiss as frivolous a complaint that merely repeats pending or previously litigated claims.  28 U.S.C. § 1915A.  *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988).  Accordingly, the instant action is DISMISSED as duplicative.  If Plaintiff wishes to pursue a motion to enforce the settlement agreement in Case No. C 11-5039 YGR (PR), he may file such a motion in his earlier action.  Plaintiff must clearly indicate the case number of that action— Case No. C 11-5039 YGR (PR)—and he must entitle it: "Motion to Enforce Settlement Agreement."

For the foregoing reasons, Plaintiff's instant action is DISMISSED as duplicative.  28 U.S.C. § 1915A (b)(1).  The Clerk of the Court shall enter judgment, terminate all pending motions as moot, and close the file.

IT IS SO ORDERED.

Dated:  January 11, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California