UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARL WARNER,

    Plaintiff,

v.

A. SOLIS, et al.,

    Defendants.

Case No. 16-cv-04345-YGR (PR)

**ORDER REISSUING SERVICE ON DEFENDANT L. MAURINO**

This is a civil rights case filed *pro se* by a state prisoner. In the initial review order, the Court ordered service on Defendants. However, Defendant L. Maurino remains unserved. The Court has been informed that the California Department of Corrections and Rehabilitation's Office of Legal Affairs is authorized to accept service on behalf of this Defendant. The Clerk of the Court is directed to reissue service on **Defendant L. Maurino** at the **Office of Legal Affairs, 1515 S Street, Suite 314-S, Sacramento, CA 95811 (ATTN: Mark Navarro, Class Action Coordinator/SOP Coordinator)** with new copies of the Notice of Lawsuit and Request for Waiver of Service of Summons.

IT IS SO ORDERED.

Dated: February 25, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge