UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br><br>    Plaintiff,<br><br>v.<br><br>A. SOLIS, et al.,<br><br>    Defendants. | Case No. 16-cv-04345-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants filed a request for a second extension of time, up to and including August 16, 2019, in which to file a dispositive motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

IT IS HEREBY ORDERED that Defendants' request for a second extension of time is GRANTED, and that the time to file a dispositive motion is extended up to and including **August 16, 2019**. If Defendants file a dispositive motion, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** from the date Defendants' motion is filed. Defendants' reply shall be filed with the Court and served on Plaintiff no later than **fourteen (14) days** after Plaintiff's opposition is filed.

The Court notes that this is the second extension in this case. No further extensions of time will be granted in this case absent extraordinary circumstances.

This Order terminates Docket no. 50.

IT IS SO ORDERED.

Dated: June 28, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge