UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARL WARNER,

              Plaintiff,

      v.

A. SOLIS, et al.,

              Defendants.

Case No. 16-cv-04345-YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff has filed a request for a 90-day[1] extension of time or up to and until December 4, 2019 in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **December 4, 2019**.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**The Court notes that this is the first extension granted to Plaintiff in this case. The granting of regular requests for extensions should not be expected.**

This Order terminates Docket No. 54.

IT IS SO ORDERED.

Dated:   September 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] Plaintiff states he requests an extension of "thirty (30) days, or until December 4, 2019." *See* Dkt. 54. The Court assumes this is a typographical error and indicates that Plaintiff has instead requested a **90**-day extension of time.

United States District Court
Northern District of California